The Honorable Leonard T. Strand

Chief United States District Judge

Your Honor,

I am writing you today to speak on behalf of my father, Jay Niday. As I understand the severity of the situation, Jay has played such an influential role in my life since he became a part of it. In my family, he plays such an essential role, it would be painful for us to be away from him.

I grew up with an absentee father and a single mother who put everything on the line for my brother and me. She would work multiple jobs and attend college classes at night, while continuing to support our ambitions. Jay became apart of our lives when I was 14 years old. From the moment he became apart of our family, he has stepped up and accepted my brother and I as his own children. He has supported us in everything, while supporting his own biological children. Jay was and still is willing to drop everything and support me when I need it. He took on the challenge of rising a teenage girl that was not his and helped me to become the woman I am today. Without him, I do not know where I would be. He has played such a major role in my life.

Jay helped me decide on a college and move-in. He listened to all my struggles and gave me advice when I needed it most. He supported me in my decision to transfer schools and attended everything like a biological father would. He came to every one of my college softball games. He even made the trip to Arizona for my senior year. It was comforting to look up and see him in the stands, knowing that I had father in the stands like everyone else. Jay was there when I walked across the stage to receive my diploma. Afterwards, he hugged me and told he how proud of me he was. I would not have been able to finish my teaching degree without the constant words of advice and support from my father. Jay has always encouraged me to preserve through tough situations by showing me how to be kind, empathetic, and strong.

Now, I am in my second year of teaching and he continually supports me in my career. He offers to help with class parties and listens to me talk about my successes with students. Not only has he supported me in my professional life, but many times in my personal life. When I had to have surgery on my knee, he took care of me. He made sure I was doing everything the doctors said and helped me get back to be able to play my high school senior year of softball, which I went on to college to play. He has played many roles in our family, the most important one being the father that stepped up to support two kids that are not his. As I got engaged, I was very upset that I would not get the traditions that every other bride gets with their biological dad. Jay took on that big role and offered to walk me down the aisle. I was so proud to have walked with him. He made me feel like I always had him as a dad and for once I felt like a girl who grew up with a normal family. When we had our father/daughter dance, he told me everything that made him proud and how he cannot wait to see where I go in this life. Jay has always been the backbone of this family.

Jay has played such a huge role in our family since he joined it and completed it. I do not know where we would be without him. He has the been rock that this family relies on. He supports us when we need it, he does everything he can to be sure we are happy and healthy. He has always put his family (biological or not) first. Jay has made my mother so happy. In the many years of obstacles, we have had



DEFENDANT'S EXHIBIT
101
20 CR 4081

to overcome, the time they have been together is when I have seen my mother her happiest and stress free. She has someone to travel with her, support her, and laugh with her. Jay has been the best thing to have happened to this family. As my husband and I look towards the future, I would be devastated if Jay were to miss the chances to be here for the all the milestones that will come along the way. My little brother is about to graduate, and I am hoping that he gets the same opportunity to have that support from Jay as he enters this new chapter. Jay has been there for him since he was seven years old. My brother's biological father passed away two years ago, and Jay was the person that stepped in and continued the role of being a father. He supported him in the grieving process and helped him get back on track.

    This event that has affected my family has not wavered in Jay's role as a father. He has continued to support us even though he has his own obstacles. Jay has never once put us on the backburner. My mother, brother, and I plus Jay's biological kids and grandchildren have always been the first thing on his priority list. I am asking that you consider what I have written today and understand what this would do to our family if Jay were to be absent from his role in our lives. It would hurt our family so much if our father, grandfather, husband, and biggest supporter were to be absent for the milestones that are yet to come.

    Sincerely,

    Kennedy Candor