February 8, 2021

Honorable Leonard T. Strand
Chief United States District Court Judge

Doug Rainforth
76550 440th St.
Truman, MN 56088

Honorable Judge Strand,

I am writing to you about a case against Mr. Jay Niday, whom I believe will appear in your court for sentencing soon.

I am writing to request leniency in sentencing for a man that I respect both personally and professionally.

I knew of Mr. Niday professionally before I had the privilege to meet him. As a fellow Wastewater Treatment Professional, I had heard him referred to as "one of the good ones" for a few years before finally meeting him. Upon meeting him, I soon agreed whole-heartedly with that assessment.

In the following ~ 20 years of relationship, I have had hours of discussion with him concerning "tried and true" to "cutting edge" treatment techniques and equipment choices and find him to be one of the most knowledgeable and informed individuals in the industry.

Perhaps even more telling of his true character are the shared moments I have had with him socially and in nature on a personal level. I have observed Mr. Niday's dedication to family as well as a pure love of the outdoors and everything in it. Jay Niday is truly "one of the good ones" and your leniency would never be more deserved than for a man who truly served the public!

Respectfully submitted,

Doug Rainforth



DEFENDANT'S EXHIBIT
102
20CR4081