1/20/2021

To: Honorable Leonard T. Strand

Chief of United States District Court

RE: Mr. Jay Niday

Your Honor.

   I'm writing this letter to hopefully give you an understanding of the integrity of Jay Niday whom was a former colleague and is a close friend of mine. I have known Jay for over 20 years and have always had the utmost respect for his professionalism in the field of wastewater treatment and environmental affairs. Jay and I have worked for Tyson Foods in a role of Wastewater Treatment Manager, Complex Environmental Manager, and Dredging Manager, for the Tyson Fresh Meats, Environmental Affairs, for the pork and beef facilities based out of Dakota Dunes, SD.

   Jay left the company for several years and returned to Tyson in 2019 to take over my responsibilities as the Dredging Department Manager in charge of land application of biosolids since I retired beginning 2020. While Jay was wastewater manager of Tyson's Joslin Illinois beef facility his plant was the recipient of the Illinois EPA's industrial wastewater excellent operations award over all other industries throughout the state. Jay was often called upon for his expertise and was respected by other operators throughout the company when operational issues arose. He has always exhibited straight forward thinking and had the ability to communicate with his peers, so they had a better understanding of the end results. Jay has always taken the time to train his operators, so they understood the laws and operations. He made sure his employees achieved the proper training and licenses to operate these complex systems.

   While at the Sioux City, Ia. facility Jay worked with Western Iowa Tech to help establish training programs for operators. We spoke often about the millions of gallons of water treated over the years and the rewards and pride of putting good quality water back into the environment. The wastewater field is often looked down upon but there are a lot of dedicated operators and managers such as Jay that took great pride in their careers and the laws that protect the waters of our nation. I don't know all the details of Jay predicament but anyone that knows him have the utmost respect for him and feel there has been a grave misunderstanding of the situation he is facing.



DEFENDANT'S EXHIBIT
104
20 CR 4081

Jay is a very proud man and an awesome individual, so I hope you take this into consideration when deciding his sentence and look at all the good he has done throughout his career.

Sincerely

Jay Whalen

581 County Rd 1175

Mountain Home, AR. 726530