The Honorable Leonard T. Strand
Chief United States District Court Judge

January 25, 2021

Your Honor:

I am writing this letter to urge leniency in the sentencing of my husband, Jay Niday.

Jay & I have been together for 10 years; married for 5. He & I are both aware of the gravity of the crime in which he has plead guilty to and must now face the consequences for.

Jay is a good man! When I met Jay, I was a broken person. I was a single mother of two trying to be free from an abusive relationship. He showed me a man could be loving, patient, caring and gentle. He stepped up and became a father figure to my kids and loved them like they were his own. Jay's biological children were grown and living their lives, but that didn't deter him from helping me to raise mine and guide them into adulthood and become successful and good people.

This situation has taken so much from us already. We have lost jobs, homes, vehicles, money, and retirements. Our future is uncertain and that has caused a lot of stress and sleepless nights. Jay has never been in any trouble before and he prides himself on his honesty and integrity. Please consider these factors when you are deciding his sentencing. I beg you for leniency as I need my husband & his children need their father. We are all looking to put this behind us and look toward the future.

Thank you for your time & consideration,

Robin Niday


DEFENDANT'S EXHIBIT
105
20CR4081