https://siouxcityjournal.com/news/local/crime-and-courts/former-sioux-plating-employee-sentenced-to-home-confinement-for-tax-evasion/article_f7ed55cd-6f90-595e-821e-45c3d0859448.html

# Former Sioux Plating employee sentenced to home confinement for tax evasion

Nick Hytrek

Oct 5, 2020

SALE! Subscribe for $1/mo.

OMAHA -- A former employee and part owner of a South Sioux City business must spend a year in home confinement for **avoiding payment of more than $140,000** in federal income taxes.

Thomas Miller, 60, of Dakota Dunes, pleaded guilty in July in U.S. District Court in Omaha to one count of tax evasion. In addition to the year of home confinement, Miller on Monday was sentenced to two years of supervised release and ordered to pay a $100 special assessment. Restitution of $143,456 has been paid in full, according to court filings.

Miller worked for his family business, Sioux Plating Inc., until the majority of its locations and assets were sold in 2013 and 2014.

Miller admitted in a plea agreement that in 2011, his wage payments were reclassified as vendor payments in an attempt to avoid paying income taxes.

DEFENDANT'S EXHIBIT
107
20 CR 4081

Miller received more than $655,000 from the sale of Sioux Plating and used cashier's checks to engage in dozens of bank transactions to conceal the sale proceeds from the Internal Revenue Service. The IRS determined that Miller did not report approximately $735,000 in income for 2013 and 2014.

- Former Sioux Plating employee, owner pleads guilty to tax evasion
- Alton man sentenced to federal prison for investment scheme
- Woman gets probation for charging $39,000 on company credit cards
- Texas pair sentenced to prison for using stolen credit cards in Sioux City