file Nidey

## cine may reduce transmission



FRANK AUGSTEIN

...straZeneca vaccine to a ...less accommodation YMCA in ...sday, Feb. 3, 2021. The British ...ve started with doctor Mehta ...eless 'vulnerable' people.

time between doses has been four weeks.

The research could also bring scientists closer to an answer to one of the big questions about the vaccination drive: Will the vaccines actually curb the spread of the coronavirus?

It's not clear what implications, if any, the findings might have for the two other major vaccines being used in the West, Pfizer's and Moderna's.

In the United States, Dr. Anthony Fauci, the nation's top infectious disease expert, dismissed the idea of deliberately delaying second shots, saying the U.S. will "go by the science" and data from the clinical trials. The two doses of the Pfizer and Moderna vaccines are supposed to be given three and four weeks apart.

Still, the research appears to be good news in the desperate effort to arrest the spread of the virus and also suggests a way to ease vaccine shortages and get shots into more arms more quickly.

The makers of all three vaccines have said that their shots proved to be anywhere from 70% to 95% effective in clinical trials in protecting people from illness caused by the virus. But it was unclear whether the vaccines could also suppress transmission of the virus — that is, whether someone inoculated could still acquire the virus without getting sick and spread it to others.

As a result, experts have been saying that even people who have been vaccinated should continue to wear masks and keep their distance from others.

Volunteers in the British study underwent regular nasal swabs to check for the coronavirus, a proxy to try to answer the transmission question. The level of virus-positive swabs — combining volunteers who had asymptomatic infection with those who had symptoms — was 67% lower in the vaccinated group, the researchers reported.

While not a direct measure, "that's got to have a really beneficial effect on transmission," Oxford lead researcher Sarah Gilbert told a meeting of the New York Academy of Sciences Wednesday.

The researchers also looked at how likely people who have been vaccinated are to get a symptom-free infection. In one subset of volunteers, there were 16 asymptomatic infections among the vaccinated and 31 in an unvaccinated comparison group.

## Ex-Sioux Center co-op officer gets 3 months prison

**NICK HYTREK**
nhytrek@siouxcityjournal.com

SIOUX CITY — A former officer at a Sioux Center, Iowa, ag cooperative was sentenced Tuesday to three months in prison for his role in a grain-blending scheme and filing false reports to conceal it.

Calvin Diehl, 60, of Aberdeen, South Dakota, pleaded guilty in June in U.S. District Court in Sioux City to one count of conspiracy to defraud the United States. Diehl was fined $7,500 and will be on supervised release for one year after completing his prison sentence.

A former assistant general manager, Diehl and Kenneth Ehrp were charged with the scheme, in which Farmers Cooperative Society workers blended lower value oats into soybeans and then sold the mixture as soybeans. They also layered soybeans over oats in grain bins and in trucks and then concealed the practice from customers and U.S. Department of Agriculture inspectors in order to deceive them about the quality and quantity of the grain they were selling and storing.

Federal law prohibits grain blending unless the blend is designated as "mixed grain" or an exemption is granted by federal regulators.

According to the U.S. Attorney's Office, in March 2017, approximately 30 truckloads of soybeans "spiked" with oats were sold from a Worthing, South Dakota, warehouse. After being contacted by the customer's manager, Diehl promised it would not happen again but continued to blend oats into soybeans and sell them to the same customer.

Diehl also instructed the Boyden, Iowa, location manager to dump other rejected loads in a bin and send the remainder to another customer. He also told the manager of the co-op's Sanborn, Iowa, location to cover an oat-soybean mixture with soybeans in order to hide the oats from USDA inspectors.

After learning of the scheme, a USDA search of grain bins at the co-op's Iowa and South Dakota locations revealed that of the estimated 87,996 bushels of grain in the bins, they contained only 34,354 bushels of soybeans, though all the bins had been certified as soybeans.

Ehrp pleaded guilty in November to one count of conspiracy to defraud the United States and awaits sentencing.



DEFENDANT'S EXHIBIT
108
20 CR 4081