# Certified Water and Wastewater Operator Program
# Requirements Summary

This page summarizes; (I.) the Grades of certification and eligibility requirements to become certified, (II.) the required operator grades for water and wastewater system types, (III.) Fees and (IV.) Continuing Education Units (CEUs) required for renewal as prescribed by Chapters 81 of the Iowa Administrative Code (IAC).

### I. Operator Grades and Eligibility:

An applicant must meet the minimum education and experience requirements to be eligible to take an examination for the grade of certification listed.

| Grade * | Education | Experience |
|---|---|---|
| A | | IDNR approved training course |
| I and IL | High school diploma or GED | 1 year |
| II and IIL | | 3 years |
| III | - Two years of post-high school education | 4 years * |
| IV | - Four years of post-high school education | 4 years *<br>2 years in direct responsible charge @ >Grade III |

* Certain types of education or work experience are required and may be substituted to meet these requirements. See IAC Chapter 81.7(1) for additional detail.

### II. Grade Level Requirements:

The operator in charge of a water or wastewater system must be certified at a grade equal or greater to the classification of the water or wastewater system. The system's classification is based upon daily pumpage and the complexity of the treatment.

**Water Treatment Operator:**

| Operator Grade | System and Treatment Type: |
|---|---|
| | **Small Systems** |
| Grade A | Community PWS     (examples HOA, MHP)<br>– Not  municipal or rural water system<br>– population of <250 and<br>– no treatment other than hypochlorination<br>Nontransient noncommunity PWS   (example: business)<br>– population of <500  and<br>– no treatment<br>Reference: IAC 567—81.6(455B) page 6 |

| Average Daily Pumpage in MGD | | | | Other Municipal or Rural Water Systems with: |
|---|---|---|---|---|
| 0-0.1 | >0.1-0.5 | >0.5-1.5 | >1.5 | |
| I | II | II | III | Iron or manganese removal; aeration; chlorination; fluoridation; stabilization; any other chemical addition; or any combination of these processes |
| II | II | III | III | Ion exchange; Direct surface water filtration; Utilization of lime, soda ash or other chemical addition for pH adjustment in the precipitation and coagulation of iron or manganese. |
| II | II | III | IV | Reverse osmosis and electrodialysis |
| III | III | III | IV | Complete surface water clarification or lime softening of surface water or groundwater; Activated carbon for THM or synthetic organics removal. |

Reference: IAC 567—81.4(455B) page 5

**Water Distribution Operator:**

| Average Daily Pumpage in MGD | | | | |
|---|---|---|---|---|
| 0-0.1 | >0.1-1.5 | >1.5-5 | >5 | - All Municipal systems<br>- Community water systems not classified as a Grade A<br>- Nontransient noncommunity not classified as a Grade A |
| I | II | III | IV | |

| Miles of Pipe | | | |
|---|---|---|---|
| 0--1,000 | >1,000-2,500 | >2,500 | - Rural water districts |
| II | III | IV | |

Reference: IAC 567—81.5(455B) page 5



**Government Exhibit 1**
Case 20-CR-4081-LTS
Sentencing

**Grade Level Requirements, ctd**

**Wastewater Operator:**

| Operator Grade | | | | | |
|---|---|---|---|---|---|
| Based on Design Pounds of BOD5/day | | | | | |
| <334 | 334-835 | 836-2,505 | 2,506-8,350 | >8,350 | **Treatment Type** |
| Based on Design Population Equivalent | | | | | |
| <2,000 | 2,000-5,000 | 5,001-15,000 | 15,001- 50,000 | > 50,000 | |
| I | I | II | III | IV | Primary Treatment |
| IL | IL | IL | IL | IL | Waste Stabilization Lagoon |
| IL | IL | IIL | IIL | IIL | Aerated Lagoon System |
| II | II | III | III | IV | Fixed Film Biological Treatment |
| II | III | III | IV | IV | Activated Sludge |

Reference: IAC 567—81.3(455B) page 4

### III. Fees:
The following fees are applicable to acquire or maintain certification.

| Fee Type for all Grades | Fee |
|---|---|
| Examination | $30 |
| Oral examination | $90 |
| Reciprocity application | $30 |
| Certification fee;  *$20 for each ½ half year of a 2-year period, from issuance to June 30 of odd-numbered years.* | $80 |
| Renewal fee. | $60 |
| Penalty fee. | $18 |
| Duplicate certificate fee. | $20 |
| Temporary certificate fee. | $60 |

Reference: IAC 567—81.8(455B) page 9

*Note:* financial assistance is available to some operators of public water supplies that serve 3300 people or less.

### IV. Certificate Renewal and required CEUs:
Certified water and waste water operator certificates **expire** every two years on **June 30th of odd numbered years**. Applications for renewal are mailed to the operators 60 days before the expiration date.

To be eligible for renewal, operators must have earned the required number of Continuing Education training Units (CEUs) during two-year periods ending March 31 of odd-numbered years. Applications for renewal must be completed and returned, with applicable fees above, within 60 days of the expiration date.

| Grade | Required CEUs | **Conditions** |
|---|---|---|
| A, I & II | 1 CEU or 10 contact hours | - Continuing education must be earned during two-year periods between April 1 and March 31 of odd-numbered years.<br>- Grade certified operators A, I, and II must earn 1 CEU or 10 contact hours per certificate during each two-year period.<br>- Grade III or IV operator must earn 2 CEUs or 20 contact hours per certificate during each two-year period.<br>- Newly certified operators (previously uncertified) who become certified after April 1 of a two-year period will not be required to earn CEUs until the next 2 year period. |
| III & IV | 2 CEUs or 20 contact hours | - If an operator upgrades a certificate after April 1 of a two year period and that upgrade increases the CEU requirement, the operator will not be required to meet the higher CEU requirement until the next 2 year period but must fulfill the lower CEU requirement for that period.<br>- For those certified operators holding both a water treatment and a water distribution certification, no less than 25 percent of the required CEUs may be earned in any one area. |

IAC 567—81.14(455B,272C) page 12

# Water Treatment, Water Distribution, and Wastewater Treatment Exam Eligibility Requirements

> An applicant must meet minimum education and experience requirements to be eligible to take an exam. Per IAC Chapter 81.7(1) http://www.legis.state.ia.us/aspx/ACODocs/DOCS/9-7-2011.567.81.pdf certain types of education or work experience are required and some substitutions may be used to meet these requirements.
> *This document lists the general requirements; please contact Jane Enfield at 515/725-0463 or jane.enfield@dnr.iowa.gov with questions on substitutions or general eligibility requirements.

Grade A
- High School Diploma or GED.
- Complete an IDNR Grade A Initial Certification workshop. See calendar for scheduled courses. http://programs.iowadnr.gov/opcertweb/

Grade 1
- High School Diploma or GED.
- Complete one year (12 months) operational experience in the area applying: water treatment, water distribution, wastewater

**Or**

Complete a minimum of six months operational experience in the area applying and earn 30 hours of Post High School Training (3 CEUs) http://programs.iowadnr.gov/opcertweb/

Grade 2
- High School Diploma or GED.
- Complete three years (36 months) of operational experience in the area applying: water treatment, water distribution or wastewater

**Or**

- Complete at least 18 months operational experience (which is half of the 36 months) in the area applying and earn 67.5 CEUs. (18 months of CEUs at rate of 3.75 CEUs per month)

Grade 3
- High School Diploma or GED.
- Complete four years of operational experience in the area applying: water treatment, water distribution or wastewater (Grade 1 or higher plant)
- Complete at least two years of Post High School Training which could be an Associate's Degree (AA) or higher, 90 CEUs; or a combination thereof.

Grade 4
- High School Diploma or GED.
- Complete four years of operational experience in the area applying: water treatment, water distribution or wastewater (Grade 1 or higher plant)
- Complete at least four years of Post High School Training which could be a Bachelor's degree or higher; a combination of an AA degree and 90 CEUs; or 180 CEUs
- Complete two years of direct responsible charge (DRC) in a Grade 3 or higher plant.