| | |
|---|---|
| **To:** | 'Jay Niday'[jniday@sioux-city.org]; ███ REDACTED ███ |
| **Cc:** | Szerwinski, Alexander[SzerwinskiAM@cdmsmith.com] |
| **From:** | Carpenter, Suzenne |
| **Sent:** | Fri 3/8/2013 11:52:25 PM |
| **Subject:** | Sioux City Draft Wastewater Treatment Plant Master Plan |
| **MAIL_RECEIVED:** | Fri 3/8/2013 11:52:00 PM |

Sioux City Draft Master Plan.pdf

Attached is a pdf copy of the Draft Wastewater Treatment Plant Master Plan for your review. Hard copies were also mailed today for Monday delivery. Please let me know if you have any questions or comments.

Thanks,
Suzie

**Suzie Carpenter** | Project Manager | CDM Smith | 9200 Ward Parkway Suite 500 Kansas City MO 64114 |

Office: 816-412-3108 | Cell: 816-698- 6546 | carpenters2@cdmsmith.com| cdmsmith.com

**Government Exhibit**
**2A**
Case
20-CR-4081-LTS
Sentencing