

9200 Ward Parkway, Suite 500
Kansas City, Missouri 64114
tel: 816 444 8270
fax: 816 444 8232



Government Exhibit
3
Case
20-CR-4081-LTS
Sentencing

March 16, 2015

Mr. Jay Niday
Plant Superintendent
City of Sioux City
3100 S. Lewis Blvd
Sioux City, Iowa 51106

Subject:   Final Invoice – Asset Renewal Project (Phase 3)

Dear Mr. Niday:

As of the date of this letter, all invoices for services to complete our agreement for the Sioux City Wastewater Treatment Plant Asset Renewal Project (Phase 3) have been issued pending payment. As discussed, it was agreed that the Draft Master Plan document will not be updated to a final version.

We have enjoyed working with you on this project and look forward to working with you on future efforts. Should you have any questions or require additional information to approve payment, please contact me at (816) 444-8270.

Very truly yours,

*Suzie Carpenter*

Suzie Carpenter
Project Manager
CDM Smith Inc.

Enclosure