IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 20-CR-4081-LTS |
| | ) | |
| vs. | ) | |
| | ) | |
| JAY EARNEST NIDAY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SEAL EXHIBITS FOR GOVERNMENT'S RESISTANCE

The United States of America requests that Exhibits 4 and 5 for its resistance to defendant's motion for downward variance, be filed under seal. The exhibits are portions of grand jury transcripts. Pursuant to Local Rule 5(c), the government respectfully requests leave to file Exhibits 4 and 5 under seal, so that these filings are not made available on the public docket.

Respectfully Submitted,

SEAN R. BERRY
Acting United States Attorney

By: */s/ Timothy L. Vavricek*

TIMOTHY L. VAVRICEK
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333, (319) 363-1990 - Fax
Tim.Vavricek@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2021,
I electronically filed the foregoing with the
Clerk of Court using the ECF system, which
will send notification of such filing to the
parties or attorneys of record.

UNITED STATES ATTORNEY

BY: */s/ RAL*